| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steven A. Wolvek, Esq., SBN 146965<br>Law Offices of Steven A. Wolvek<br>23480 Park Sorrento, Suite 109A<br>Calabasas, CA 91302<br>818-227-3379 / FAX 818-227-3383<br>wolveklaw@sbcglobal.net<br><br>x    *Attorney for Debtor(s)*<br>☐    *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 28 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY williams    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>BERMEL GOPEZ<br><br><br><br><br>Debtor(s). | CASE NO.: 1:11-BK-10316-MT<br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE:  4-12-11<br>TIME:  9:00 am<br>COURTROOM:  302<br>PLACE: 21041 Burbank Boulevard<br>            Woodland Hills, CA 91302 |
|---|---|

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *Bank of America*

1. The Motion was:   ☐ Opposed      x   Unopposed      ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    *Street Address:*        7409 Mason Avenue
    *Unit Number:*
    *City, State, Zip Code:*    Winnetka, CA 91306

Legal description or document recording number (including county of recording):

☐ See attached page.
Plat Recording:
Book 553, Page 28
Legal Description:
TRACT # 20481 LOT 15
Tract/Subdivision Number:
20481
Lot Number:
15

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. *Bank of America* in the amount of $ *320,000*.

   b. *Bank of America* in the amount of $ *80,000* x is ☐ is not to be avoided;

   c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED  ☐ with  ☐ without  prejudice, on the following grounds:

      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. x GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ *260,000* based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☐ completion of the chapter 13 plan, or x receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may

      treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☐ completion of the chapter 13 plan, or x receipt of a chapter 13 discharge.

vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or x receipt of a chapter 13 discharge.

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☐ See attached continuation page for additional provisions.

###

DATED: April 28, 2011

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*  Page 3  **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

23480 Park Sorrento, Suite 109A, Calabasas, CA 91302

A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **_4-19-11_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 13 Trustee cacb_ecf_sv@ch13wla.com
United States Trustee ustpregion16.wh.ecf@usdoj.gov
Linh Tran  bline.chapter13@blinellc.com
Carol Hardy dgarcia@portfoliorecovery.com

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_4-19-11,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bank of America 401 N. Tryon Street, Charlotte, NC 28255
CT Corporation System 818 W. 7th Street, Los Angeles, CA 90017

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Judge Maureen Tighe

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-19-11 | Steven A. Wolvek | /s/ Steven A. Wolvek |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***Fill in Date Order is Lodged***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas, Chapter 13 Trustee cacb_ecf_sv@ch13wla.com
United States Trustee ustpregion16.wh.ecf@usdoj.gov
Linh Tran  bline.chapter13@blinellc.com
Carol Hardy dgarcia@portfoliorecovery.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bank of America 401 N. Tryon Street, Charlotte, NC 28255
CT Corporation System 818 W. 7th Street, Los Angeles, CA 90017

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

The Honorable Judge Maureen Tighe

☐ Service information continued on attached page